BRODY GAPP LLP
Scott Harkless (SBN: 224363)
e-mail: scott@brodygapp.com
Ronald J. Gapp (SBN: 286324)
e-mail: ron@brodygapp.com
2102 Business Center Drive, Suite 2047
Irvine, CA 92612
Tel: (818) 836-1415

Attorneys for Plaintiff CALCON MUTUAL MORTGAGE LLC dba ONE TRUST HOME LOANS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PATRICK TAYLOR, an individual; and DOLLAR POINT, LLC, a Nevada limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>CALCON MUTUAL MORTGAGE LLC dba ONETRUST HOME LOANS; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 2:26-cv-02633-DJC-SCR<br>Name of Judicial Officer:<br>Hon. Daniel J. Calabretta<br><br>**STIPULATION TO CONTINUE HEARING ON CALCON MUTUAL MORTGAGE LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT; ORDER**<br><br>Filing Date: July 29, 2026 |

Plaintiffs Michael Patrick Taylor and Dollar Point, LLC ("Plaintiffs") and Defendant CalCon Mutual Mortgage LLC dba OneTrust Home Loans ("CalCon"), through their respective counsel, stipulate and jointly request as follows:

1. Plaintiffs filed their First Amended Complaint for Damages and Equitable Relief on September 21, 2026. (See Dkt. No. 10.)

2. On October 21, 2026, CalCon filed its moving papers and set the hearing for December 3, 2026. (See Dkt. No. 12.)

3. On November 4, 2026, Plaintiffs filed their opposition to CalCon's Motion to Dismiss the First Amended Complaint. (See Dkt. No. 15.)

4. On November 12, 2026, CalCon filed its reply memorandum in support of the motion. (See Dkt. No. 16.)

5. CalCon's Motion to Dismiss the First Amended Complaint is fully briefed.

6. Since November 1, 2026, CalCon's counsel has been in settlement negotiations in a separate CalCon matter set for trial on December 2, 2026, in Houston, Texas. In case those negotiations do not resolve that matter before trial, Mr. Harkless communicated with Plaintiffs' counsel about continuing the December 3, 2026 hearing.

7. On November 13, 2026, the parties agreed to stipulate to continue the hearing to the Court's next available date. CalCon obtained available dates from the Court Clerk, and after meeting and conferring, the parties selected January 7, 2027 at 1:30 p.m. in Department 7.

**Good Cause**

8. This stipulation is made jointly and not for purposes of delay. Good cause exists to grant it.

IT IS SO STIPULATED.

Dated: November 17, 2026

BPE LAW GROUP, P.C.

By: */s/ Skyler Gray*________

Skyler E. Gray, SBN 341727
Karen M. Goodman, SBN 117423
11341 Gold Express Drive, Suite 120
Gold River, CA 95670
Telephone: (916) 966-2260
segray@bpelaw.com
kmgoodman@bpelaw.com
Attorneys for Plaintiffs
Michael Patrick Taylor and Dollar Point, LLC

Dated: November 17, 2026

BRODY GAPP LLP

By: _*/s/ Scott Harkless*_____________

Scott Harkless, SBN 224363
2102 Business Center Drive, Suite 2047
Irvine, CA 92612
Telephone: (818) 836-1415
scott@brodygapp.com
Attorneys for Defendant
CalCon Mutual Mortgage LLC dba OneTrust Home Loans

**ORDER**

Having considered the parties' stipulation and the Declaration of Scott Harkless, and finding good cause and excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B), the Court ORDERS:

1. The Stipulation to continue the hearing on Calcon's Motion to Dismiss the First Amended Complaint be granted. The hearing currently set for December 3, 2026, is continued to January 7, 2027 at 1:30 p.m. in Department 7.

2. No other deadlines are modified.

IT IS SO ORDERED.

Dated: November 17, 2026 /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE